UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| KIMBERLY WILSON, | Case No. 2:18-cv-02153-RFB-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| LOGISTICARE SOLUTIONS, LLC, | |
| Defendant. | |

    This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1) in this matter was filed on November 8, 2018. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Plaintiff has failed to comply. Accordingly,

. . .

. . .

. . .

. . .

. . .

. . .

1

**IT IS HEREBY ORDERED** that Plaintiff's shall file its Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **January 3, 2019**. Failure to comply may result in the issuance of an order to show cause why *sanctions* should not be imposed.

Dated this 21st day of December, 2018.

*George Foley Jr.*
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE