UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| KIMBERLY WILSON, | Case No. 2:18-cv-02153-RFB-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| LOGISTICARE SOLUTIONS, LLC., *et al.* | |
| Defendants. | |

This matter is before the Court on the Plaintiff's Motion for Extension of Service (ECF No. 6), filed January 17, 2019. Upon review and consideration, the Court finds good cause exists to grant the Plaintiff's request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Service (ECF No. 6) is **granted**. Plaintiff shall have until **May 8, 2019**, to effectuate service.

Dated this 18th day of January, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE